UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
DARRYL L. KORNEGAY,                 )
                                    )
      Plaintiff,                    )
                                    )
  v.                                )   Civil Action No. 05-0001 (PLF)
                                    )
AT&T,                               )
                                    )
      Defendant.                    )
_____)


ORDER AND JUDGMENT

      This matter is before the Court on the defendant's motion for summary judgment. Upon consideration of the parties' arguments as set forth in their briefs and the entire record of the case, the Court finds that there are no genuine issues of material fact and that defendant is entitled to judgment as a matter of law. For the reasons set forth in the Opinion issued this same day, it is hereby

      ORDERED that the defendant's motion for summary judgment [41] is GRANTED; it is

      FURTHER ORDERED that JUDGMENT is entered for the defendant. This is a final appealable order. See FED. R. APP. P. 4(a).

      SO ORDERED.

/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: September 29, 2008